FILED

2023 Jun-21  PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **MADISON LOWRY, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:20-cv-1828-LCB** |
| | ) | |
| **THE PONY BAMA, LLC, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

This action arises under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* Before the Court is the parties' "Joint Notice of Settlement and Request for Approval," in which the parties ask this Court to approve their proposed settlement agreement and to dismiss all underlying claims with prejudice. (Doc. 45 at 1). Because the proposed settlement agreement reflects a reasonable compromise over issues that are actually in dispute, the Court **GRANTS** the parties' joint motion (Doc. 45), **APPROVES** the parties' settlement agreement (Doc. 45-1), and **ORDERS** as follows:

1.     The terms of the parties' settlement agreement are incorporated herein. The parties shall fully comply with the terms of that agreement.

2.    The Court shall retain jurisdiction over this action to adjudicate any disputes regarding enforcement of the settlement agreement between the parties. Such jurisdiction shall expire 90 days after the date of this order.

3.    All pending motions (Docs. 32 & 34) are denied as moot.

4.    All claims asserted by Plaintiffs are dismissed with prejudice, with each party bearing its own costs and attorneys' fees except as otherwise set forth in the parties' settlement agreement.

The Court will enter a final judgment by separate order.

**DONE** and **ORDERED** June 21, 2023.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

2