# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MADISON LOWRY**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 5:20-cv-1828-LCB |
| **THE PONY BAMA, LLC**, *et al.*, | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the order entered contemporaneously herewith, the Court **DISMISSES** Plaintiffs' claims with prejudice, with each party bearing its own costs and attorneys' fees except as otherwise set forth in the parties' settlement agreement. The Clerk of Court shall docket this filing as a final judgment, pursuant to Federal Rule of Civil Procedure 58, and close this case.

**DONE** and **ORDERED** June 21, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE